IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                           : Chapter 13
    Walls, Jr., Andrew F.
      Debtor                              : 19-15642

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for John L. McClain, counsel for Debtor (the "Application"), and upon Counsel for Debtor's request to retain jurisdiction at the Motion to Dismiss hearing on __September 1, 2020__, IT IS ORDERED THAT:

1. The case is dismissed and any wage orders are hereby VACATED.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on __October 20, 2020 at 2:00 P.M.__, in Bankruptcy Courtroom No. 4, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before __September 2, 2020__.

**Date: September 2, 2020**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
PO Box 123
Narberth, PA 19072-0123

Walls, Jr., Andrew F.
141 Hopewell Rd
Downingtown, PA 19335

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106